1  Todd M. Schneider (SBN 158253)
   Jason H. Kim (SBN 220279)
2  Matthew S. Weiler (SBN 236052)
3  **SCHNEIDER WALLACE COTTRELL KONECKY LLP**
   2000 Powell Street, Suite 1400
4  Emeryville, CA 94608
   Telephone: 415.421.7100
5  TSchneider@schneiderwallace.com
   JKim@schneiderwallace.com
6  MWeiler@schneiderwallace.com

7
   Kyle W. Roche (pro hac vice)
8  Richard Cipolla (pro hac vice)
   Jolie  Huang  (pro hac vice)
9  **ROCHE FREEDMAN LLP**
   99 Park Avenue, 19th Floor
10 New York, NY 10016
   Telephone: (646) 970-7509
11 Email: kyle@rcfllp.com
   Email: rcipolla@rcfllp.com
12 Email: jhuang@rcfllp.com
13
   *Attorneys for Plaintiffs*
14 [Additional Counsel on Signature Page]

15

16                    **UNITED STATES DISTRICT COURT**

17                   **NORTHERN DISTRICT OF CALIFORNIA**

18

19  JOHN CHU, et al.,                              **Case No. 21-cv-02470-EMC**

20
                        Plaintiffs,
21                                                 **JOINT STIPULATION AND**
    v.                                             **[PROPOSED] ORDER**
22
    LEDGER SAS, et al.,
23
                        Defendants.
24

25

26

27

28

Plaintiffs and Defendants Ledger SAS, Ledger Technologies, Inc., Shopify Inc., and Shopify (USA) Inc., by and through their respective counsel, stipulate as follows:

**WHEREAS**, Plaintiffs filed their complaint on April 6, 2021 (ECF No. 1);

**WHEREAS**, Plaintiffs have met and conferred with Defendants concerning service of their complaint, related materials, and response deadlines;

**WHEREAS**, on May 10, 2021, Plaintiffs served Defendants with a Notice of Violation of California Consumer Legal Remedies Act and 30-Day Right to Cure Under California Civil Code § 1782 and Defendants acknowledge receipt of that Notice on that same date;

**WHEREAS**, Plaintiffs wish to amend their complaint and add additional plaintiffs;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that:

1.      Defendants need not answer or otherwise respond to the current complaint;

2.      Plaintiffs shall file an amended complaint by June 9, 2021, and may further amend their complaint only with Defendants' written consent or leave of Court;

3.      Defendants agree to accept service, through undersigned counsel, of the summons, amended complaint, and any additional service papers required after case filing in the Northern District of California or by Judge Chen (*see* ECF No. 21);

4.      Defendants reserve all defenses except those governed by Federal Rules of Civil Procedure 12(b)(4) and (5), which are waived;

5.      Defendants will have to and including July 26, 2021, to file their responses to Plaintiffs' amended complaint;[1]

6.       Plaintiffs' opposition briefs for any motions to dismiss are due September 9, 2021;

7.      Defendants' reply briefs for any motions to dismiss are due October 7, 2021; and

8.      Per Local Rule 7-2, Defendants will notice any motions to dismiss for hearing on Thursday, October 21, 2021, at 1:30 p.m., or any later date convenient for the Court.

DATED:  May 28, 2021

By:  /s/ *Matthew S. Weiler*

---

[1] Defendants deadline to respond to Plaintiffs' amended complaint would be August 9, 2021 under Federal Rule of Civil Procedure 4(d)(3).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
TSchneider@schneiderwallace.com
JKim@schneiderwallace.com
MWeiler@schneiderwallace.com
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: 415.421.7100

Kyle W. Roche (pro hac vice)
Richard Cipolla (pro hac vice)
Jolie Huang (pro hac vice)
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 970-7509
Email: kyle@rcfllp.com
Email: rcipolla@rcfllp.com
Email: jhuang@rcfllp.com

Velvel Freedman (pro hac vice)
Constantine P. Economides (pro hac vice)
**ROCHE FREEDMAN LLP**
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 971-5943
Email: vel@rcfllp.com
Email: ceconomides@rcfllp.com

*Counsel for Plaintiffs*

-2-

sf-4489797

1    DATED: May 28, 2021

2                                            By  */s/ Purvi G. Patel*
                                             Purvi G. Patel (SBN 270702)
3                                            Kelsey Harrison (SBN 328621)
                                             **MORRISON & FOERSTER LLP**
4                                            707 Wilshire Boulevard, Suite 6000
                                             Los Angeles, CA  90017-3543
5                                            Telephone: (213) 892-5200
                                             Facsimile: (213) 892-5454
6                                            Email: PPatel@mofo.com
                                             Email: KHarrison@mofo.com
7

8                                            Mark D. McPherson (SBN 307951)
                                             **MORRISON & FOERSTER LLP**
9                                            425 Market Street
                                             San Francisco, CA 94195
10                                           Telephone: (415) 268-7000
                                             Facsimile: (415) 268-7522
11                                           Email: MMcPherson@mofo.com

12
                                             *Attorneys for Specially Appearing Defendants*
13                                           *Ledger SAS and Ledger Technologies, Inc.*

14   DATED: May 28, 2021

15
                                             By  */s/ Michelle L. Visser*
16                                           Michelle L. Visser (SBN 277509)
                                             **ORRICK, HERRINGTON & SUTCLIFFE LLP**
17                                           The Orrick Building
                                             405 Howard Street
18                                           San Francisco, CA 94105
                                             Telephone:  (415) 773-5700
19                                           Email: mvisser@orrick.com

20
                                             Seth C. Harrington (*pro hac vice* forthcoming)
21                                           Douglas H. Meal (*pro hac vice* forthcoming)
                                             **ORRICK, HERRINGTON & SUTCLIFFE LLP**
22                                           222 Berkeley Street, Suite 2000
                                             Boston, MA  02116
23                                           Telephone: (617) 880-1800
                                             Email: sharrington@orrick.com
24                                           Email: dmeal@orrick.com

25
                                             *Attorneys for Defendants*
26                                           *Shopify (USA) Inc. and Shopify Inc.*

27

28
                                             -3-

1

**FILER'S ATTESTATION**

2

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures,

3

I, Matthew S. Weiler, attest that concurrence in the filing of this document has been obtained.

4

Dated:  May 28, 2021

5

/s/ <em>Matthew S. Weiler</em><br>MATTHEW S. WEILER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 21-CV-02470-EMC

sf-4489797

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY

ORDERED that the Stipulation is approved.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE EDWARD M. CHEN
United States District Judge

-5-