Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: 415.421.7100
TSchneider@schneiderwallace.com
JKim@schneiderwallace.com
MWeiler@schneiderwallace.com

Kyle W. Roche (pro hac vice)
Richard Cipolla (pro hac vice)
Jolie  Huang  (pro hac vice)
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 970-7509
Email: kyle@rcfllp.com
Email: rcipolla@rcfllp.com
Email: jhuang@rcfllp.com

*Attorneys for Plaintiffs*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN CHU, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>LEDGER SAS, et al.,<br><br>                    Defendants. | **Case No. 21-cv-02470-EMC**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

Plaintiffs and Defendants Ledger SAS, Ledger Technologies, Inc., Shopify Inc., and Shopify (USA) Inc., by and through their respective counsel, stipulate as follows:

**WHEREAS**, Plaintiffs filed their complaint on April 6, 2021 (ECF No. 1);

**WHEREAS**, Plaintiffs have met and conferred with Defendants concerning service of their complaint, related materials, and response deadlines;

**WHEREAS**, on May 10, 2021, Plaintiffs served Defendants with a Notice of Violation of California Consumer Legal Remedies Act and 30-Day Right to Cure Under California Civil Code § 1782 and Defendants acknowledge receipt of that Notice on that same date;

**WHEREAS**, Plaintiffs wish to amend their complaint and add additional plaintiffs;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that:

1. Defendants need not answer or otherwise respond to the current complaint;

2. Plaintiffs shall file an amended complaint by June 9, 2021, and may further amend their complaint only with Defendants' written consent or leave of Court;

3. Defendants agree to accept service, through undersigned counsel, of the summons, amended complaint, and any additional service papers required after case filing in the Northern District of California or by Judge Chen (*see* ECF No. 21);

4. Defendants reserve all defenses except those governed by Federal Rules of Civil Procedure 12(b)(4) and (5), which are waived;

5. Defendants will have to and including July 26, 2021, to file their responses to Plaintiffs' amended complaint;[1]

6. Plaintiffs' opposition briefs for any motions to dismiss are due September 9, 2021;

7. Defendants' reply briefs for any motions to dismiss are due October 7, 2021; and

8. Per Local Rule 7-2, Defendants will notice any motions to dismiss for hearing on Thursday, October 21, 2021, at 1:30 p.m., or any later date convenient for the Court.

DATED: May 28, 2021

By: /s/ *Matthew S. Weiler*

---

[1] Defendants deadline to respond to Plaintiffs' amended complaint would be August 9, 2021 under Federal Rule of Civil Procedure 4(d)(3).

Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
TSchneider@schneiderwallace.com
JKim@schneiderwallace.com
MWeiler@schneiderwallace.com
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: 415.421.7100

Kyle W. Roche (pro hac vice)
Richard Cipolla (pro hac vice)
Jolie Huang (pro hac vice)
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 970-7509
Email: kyle@rcfllp.com
Email: rcipolla@rcfllp.com
Email: jhuang@rcfllp.com

Velvel Freedman (pro hac vice)
Constantine P. Economides (pro hac vice)
**ROCHE FREEDMAN LLP**
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 971-5943
Email: vel@rcfllp.com
Email: ceconomides@rcfllp.com

*Counsel for Plaintiffs*

DATED: May 28, 2021

By */s/ Purvi G. Patel*
Purvi G. Patel (SBN 270702)
Kelsey Harrison (SBN 328621)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA  90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
Email: PPatel@mofo.com
Email: KHarrison@mofo.com

Mark D. McPherson (SBN 307951)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94195
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: MMcPherson@mofo.com

*Attorneys for Specially Appearing Defendants*
*Ledger SAS and Ledger Technologies, Inc.*

DATED: May 28, 2021

By */s/ Michelle L. Visser*
Michelle L. Visser (SBN 277509)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  (415) 773-5700
Email: mvisser@orrick.com

Seth C. Harrington (*pro hac vice* forthcoming)
Douglas H. Meal (*pro hac vice* forthcoming)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street, Suite 2000
Boston, MA  02116
Telephone: (617) 880-1800
Email: sharrington@orrick.com
Email: dmeal@orrick.com

*Attorneys for Defendants*
*Shopify (USA) Inc. and Shopify Inc.*

-3-

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. 21-CV-02470-EMC

sf-4489797

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Matthew S. Weiler, attest that concurrence in the filing of this document has been obtained.

Dated:  May 28, 2021

                                            /s/ *Matthew S. Weiler*
                                           MATTHEW S. WEILER

# [~~PROPOSED~~] ORDER

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation is approved.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 1, 2021

_____
THE HONORABLE EDWARD M. CHEN
United States District Judge