**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Yana A. Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Christina N. Mirzaie (SBN 333274)
*cmirzaie@clarksonlawfirm.com*
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BATON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ledger SAS, et al.,<br><br>　　　　Defendant. | Case No. 21-cv-02470-EMC<br><br>**NOTICE OF APPEARANCE OF ATTORNEY BAHAR SODAIFY FOR PLAINTIFF EDWARD BATON** |

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney hereby states her appearance as Co-Counsel for Plaintiff Edward Baton:

>Bahar Sodaify, Esq.
>CA Bar No. 289730
>**CLARKSON LAW FIRM, P.C.**
>9255 Sunset Blvd., Suite 804
>Los Angeles, CA 90069
>Phone: (213) 788-4050
>Fax: (213) 788-4070
>Email: bsodaify@clarksonlawfirm.com

Date: June 9, 2021                                **CLARKSON LAW FIRM, P.C.**

                                                  By: _s/ Bahar Sodaify_
                                                        Bahar Sodaify, Esq.
                                                        *Attorneys for Plaintiff*

---

NOTICE OF APPEARANCE OF ATTORNEY BAHAR SODAIFY FOR PLAINTIFF EDWARD BATON