1  Todd M. Schneider (SBN 158253)
2  Jason H. Kim (SBN 220279)
   Matthew S. Weiler (SBN 236052)
3  **SCHNEIDER WALLACE**
   **COTTRELL KONECKY LLP**
4  2000 Powell Street, Suite 1400
   Emeryville, CA 94608
5  Telephone: 415.421.7100
   TSchneider@schneiderwallace.com
6  JKim@schneiderwallace.com
7  MWeiler@schneiderwallace.com

8  Kyle W. Roche (pro hac vice)
   Richard Cipolla (pro hac vice)
9  **ROCHE FREEDMAN LLP**
   99 Park Avenue, 19th Floor
10 New York, NY 10016
   Telephone: (646) 970-7509
11 Email: kyle@rcfllp.com
12 Email: rcipolla@rcfllp.com

13 *Attorneys for Plaintiffs*
   [Additional Counsel on Signature Page]
14

15

16 **UNITED STATES DISTRICT COURT**

17 **NORTHERN DISTRICT OF CALIFORNIA**

18

19 JOHN CHU, et al.,                    **Case No. 21-cv-02470-EMC**

20            Plaintiffs,

21 v.                                   **NOTICE OF VOLUNTARY**
                                        **DISMISSAL OF LEDGER**
22 LEDGER SAS, et al.,                  **TECHNOLOGIES INC.**

23            Defendants.

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 21-CV-02470-EMC

**PLEASE TAKE NOTICE THAT** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs give notice that they have voluntarily dismissed their claims in the above-entitled matter, without prejudice, against Defendant Ledger Technologies Inc. ("Ledger Technologies"). Ledger Technologies has neither answered Plaintiffs' complaint, nor filed a motion for summary judgment.

DATED:  June 24, 2021

By:  /s/ *Matthew S. Weiler*
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
TSchneider@schneiderwallace.com
JKim@schneiderwallace.com
MWeiler@schneiderwallace.com
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: 415.421.7100

Kyle W. Roche (pro hac vice)
Richard Cipolla (pro hac vice)
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 970-7509
Email: kyle@rcfllp.com
Email: rcipolla@rcfllp.com

Velvel Freedman (pro hac vice)
Constantine P. Economides (pro hac vice)
**ROCHE FREEDMAN LLP**
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 971-5943
Email: vel@rcfllp.com
Email: ceconomides@rcfllp.com

*Counsel for Plaintiffs*