| | |
|---|---|
| 1 | PURVI G. PATEL (CA SBN 270702) |
|   | PPatel@mofo.com |
| 2 | KELSEY HARRISON (CA SBN 328621) |
|   | KHarrison@mofo.com |
| 3 | JOVANNA R. BUBAR (CA SBN 329277) |
|   | JBubar@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 707 Wilshire Boulevard, Suite 6000 |
| 5 | Los Angeles, California  90017-3543 |
|   | Telephone:    213.892.5200 |
| 6 | Facsimile:     213.892.5454 |

MARK DAVID MCPHERSON (CA SBN 307951)
MMcPherson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94101
Telephone: 415.268.7000
Facsimile:  415.268.7522

Attorneys for Specially Appearing
Defendant LEDGER SAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NAEEM SEIRAFI, EDWARD BATON, ANTHONY COMILLA, BRETT DEENEY, and ABRAHAM VILINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEDGER SAS, SHOPIFY (USA) INC., and SHOPIFY INC.,<br><br>Defendants. | Case No.   3:21-cv-02470-EMC<br><br>**DEFENDANT LEDGER SAS'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:  Hon. Edward M. Chen<br><br>Complaint filed: April 6, 2021<br>Trial date: none |
|---|---|

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Ledger SAS discloses that it is a French corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, in addition to the parties to this matter, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Munich Re Syndicate 457 at Lloyd's of London, which is Ledger SAS's insurance carrier.

Ledger SAS is filing this statement as required by Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, but in so doing, does not intend to waive—and expressly preserves—any and all defenses it has in this matter, including the defense of lack of personal jurisdiction.

Dated:    June 24, 2021                    MORRISON & FOERSTER LLP


                                           By:  */s/ Purvi G. Patel*
                                                Purvi G. Patel

                                           ***Attorneys for Specially Appearing Defendant Ledger SAS***