| | |
|---|---|
| 1 | PURVI G. PATEL (CA SBN 270702) |
| | PPatel@mofo.com |
| 2 | KELSEY HARRISON (CA SBN 328621) |
| | KHarrison@mofo.com |
| 3 | JOVANNA R. BUBAR (CA SBN 329277) |
| | JBubar@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard, Suite 6000 |
| 5 | Los Angeles, California  90017-3543 |
| | Telephone:    213.892.5200 |
| 6 | Facsimile:     213.892.5454 |
| 7 | MARK DAVID McPHERSON (CA SBN 307951) |
| | MMcPherson@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 9 | San Francisco, CA 94101 |
| | Telephone: 415.268.7000 |
| 10 | Facsimile:  415.268.7522 |
| 11 | Attorneys for Specially Appearing |
| | Defendant LEDGER SAS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NAEEM SEIRAFI, EDWARD BATON, ANTHONY COMILLA, BRETT DEENEY, and ABRAHAM VILINGER, individually and on behalf of all others similarly situated, | | Case No.   3:21-cv-02470-EMC |
| | | **NOTICE OF SPECIAL APPEARANCE OF MARK DAVID McPHERSON FOR DEFENDANT LEDGER SAS** |
| Plaintiffs, | | |
| v. | | Judge:      Hon. Edward M. Chen |
| LEDGER SAS, SHOPIFY (USA) INC., and SHOPIFY INC., | | Complaint filed: April 6, 2021 |
| Defendants. | | Trial date: none |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Mark David McPherson of Morrison & Foerster LLP hereby specially appears as counsel of record for Defendant Ledger SAS in the above-captioned matter. Ledger does not intend to waive—and expressly preserves—any and all defenses it has in this matter, including the defense of lack of personal jurisdiction.

Copies of all pleadings, papers, correspondence, and electronic filing notices shall be directed to:

> MARK DAVID McPHERSON (CA SBN 307951)
> MMcPherson@mofo.com
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, CA 94101
> Telephone: 415.268.7000
> Facsimile:  415.268.7522

Dated:     June 24, 2021              MORRISON & FOERSTER LLP


                                      By: */s/ Mark David McPherson*
                                           Mark David McPherson

                                      ***Attorneys for Specially Appearing
                                      Defendant Ledger SAS***