DOUGLAS H. MEAL (admitted *pro hac vice*)
dmeal@orrick.com
SETH HARRINGTON (admitted *pro hac vice*)
sharrington@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street
Suite 2000
Boston, MA  02116-3740
Telephone:	+1 617 880 1800
Facsimile:	+1 617 880 1801

MICHELLE VISSER (CA BAR NO. 277509)
mvisser@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:	+1 415 773 5518
Facsimile:	+1 415 773 5759

Attorneys for Defendants
Shopify (USA) Inc. and Shopify Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Naeem Seirafi, Edward Baton, Anthony Comilla, Brett Deeney, and Abraham Vilinger, Individually and on Behalf of All Other Similarly Situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>Ledger SAS, Shopify (USA) Inc., and Shopify Inc.,<br><br>                    Defendants. | Case No. 3:21-CV-02470<br><br>**DEFENDANT SHOPIFY INC.'S CERTIFACTION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:     Hon. Edward M. Chen<br><br>Complaint filed: April 6, 2021<br>Trial date: none |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Shopify Inc., through the undersigned counsel, states that it has no parent corporation nor does any publicly held corporation own 10% or more of its stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Shopify Holdings (USA) Inc. is the parent corporation of Defendant Shopify (USA) Inc. and is a wholly owned subsidiary of Defendant Shopify Inc.

By providing this information, Defendant Shopify Inc. does not intend to waive any defenses or consent to the jurisdiction of this Court.

Dated: July 8, 2021                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  */s/ Douglas H. Meal*
Douglas H. Meal
Seth Harrington
Michelle Visser

***Attorneys for Defendants***
***Shopify (USA) Inc. and Shopify Inc.***