PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
KELSEY HARRISON (CA SBN 328621)
KHarrison@mofo.com
JOVANNA R. BUBAR (CA SBN 329277)
JBubar@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone:     213.892.5200
Facsimile:     213.892.5454

MARK DAVID MCPHERSON (CA SBN 307951)
MMcPherson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94101
Telephone: 415.268.7000
Facsimile:  415.268.7522

Attorneys for Specially Appearing Defendant
LEDGER SAS

(*Additional counsel listed on signature page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM SEIRAFI, EDWARD BATON, ANTHONY COMILLA, BRETT DEENEY, and ABRAHAM VILINGER, individually and on Behalf of All Other Similarly Situated,<br><br>                  Plaintiffs,<br>    v.<br><br>LEDGER SAS, SHOPIFY (USA) INC., and SHOPIFY INC.,<br>                  Defendants. | Case No. 3:21-cv-02470-EMC<br><br>**STIPULATION EXTENDING PAGE LIMITS FOR DEFENDANT LEDGER SAS'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND PLAINTIFFS' OPPOSITION**<br><br>Judge:     Hon. Edward M. Chen<br>Courtroom: 5<br><br>Complaint filed:  April 6, 2021<br>FAC filed:  June 9, 2021<br>Trial Date:  none |

Plaintiffs and Defendant Ledger SAS stipulate as follows:

**WHEREAS**, Plaintiffs filed their first amended complaint ("FAC") on June 9, 2021 (ECF No. 33);

**WHEREAS**, Ledger's motion to dismiss is due July 26, 2021 (ECF No. 23);

**WHEREAS**, having now received and reviewed the FAC (which totals 72-pages and 276-paragraphs) and contemplated its arguments in response, Ledger anticipates needing, at most, an additional 15 pages to adequately address the nine claims in the FAC brought in some instances by all Plaintiffs and in others by a single Plaintiff: (1) negligence, (2) negligence per se, (3) declaratory judgment and injunctive relief, (4) California Unfair Competition Law, (5) California Consumers Legal Remedies Act, (6) deceit by concealment, (7) Georgia Uniform Deceptive Trade Practices Act, (8) Georgia Fair Business Practices Act, and (9) New York Deceptive Trade Practices Act;

**WHEREAS**, in the same motion, Ledger also will be seeking dismissal for lack of personal jurisdiction and under the doctrine of *forum non conveniens*;

**WHEREAS**, the parties have conferred, and Plaintiff does not oppose Ledger filing a motion to dismiss of up to 40 pages (Declaration of Purvi G. Patel ¶ 3);

**WHEREAS**, the parties also agreed that Plaintiffs will have up to 40 pages for their opposition to Ledger's motion (*Id.*);

**WHEREAS**, Defendants Shopify, Inc. and Shopify (USA), Inc. do not oppose the relief requested in this stipulation (*Id.* ¶ 4);

**WHEREAS**, the parties will endeavor to use fewer than the requested pages and distill the relevant arguments into the minimum length necessary to fully present their arguments to the Court;

**NOW, THEREFORE**, the parties hereby stipulate and agree, subject to the Court's approval, that:

1.      Defendant Ledger SAS's motion to dismiss may include a memorandum of points and authorities of up to 40 pages in length; and

///

///

///

2.      Plaintiffs' memorandum of points and authorities in opposition to Ledger's motion to dismiss may be up to 40 pages in length.

DATED:  July 20, 2021

By: */s/ Constantine P. Economides*
Velvel Freedman (*pro hac vice*)
Constantine P. Economides (*pro hac vice*)
**ROCHE FREEDMAN LLP**
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 971-5943
Email: vel@rcfllp.com
Email: ceconomides@rcfllp.com

Kyle W. Roche (*pro hac vice*)
Richard Cipolla (*pro hac vice*)
Jolie Huang  (*pro hac vice*)
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 970-7509
Email: kyle@rcfllp.com
Email: rcipolla@rcfllp.com
Email: jhuang@rcfllp.com

Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
**SCHNEIDER WALLACE COTTRELL
KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (425) 421-7100
Email: TSchneider@schneiderwallace.com
Email: JKim@schneiderwallace.com
Email: MWeiler@schneiderwallace.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ryan J. Clarkson (SBN 257074)
Bahar Sodaify (SBN 289730)
Yana Hart (SBN 306499)
Christina N. Mirzaie (SBN 333274)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 799-4050
Email: rclarkson@clarksonlawfirm.com
Email: bsodaify@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com
Email: cmirzaie@clarksonlawfirm.com

*Counsel for Plaintiffs*

DATED: July 20, 2021

By: /s/ *Purvi G. Patel*
Purvi G. Patel (SBN 270702)
Kelsey Harrison (SBN 328621)
Jovanna Bubar (SBN 329277)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA  90017-3543
Telephone: (213) 892-5200
Email: PPatel@mofo.com
Email: KHarrison@mofo.com
Email: JBubar@mofo.com

Mark David McPherson (SBN 307951)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94195
Telephone: (415) 268-7000
Email: MMcPherson@mofo.com

***Attorneys for Specially Appearing
Defendant Ledger SAS***

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Purvi G. Patel, attest that concurrence in the filing of this document has been obtained.


Dated: July 20, 2021                         MORRISON & FOERSTER LLP


                                             By:  _/s/ Purvi G. Patel_
                                                   Purvi G. Patel

                                             ***Attorneys for Specially Appearing
                                             Defendant Ledger SAS***

1

## [PROPOSED] ORDER

2
Pursuant to the stipulation of the parties, the Court orders as follows:

3
1.     Defendant Ledger SAS's motion to dismiss may include a memorandum of points

4
and authorities of up to 40 pages in length.

5
2.     Plaintiffs' memorandum of points and authorities in opposition to Ledger's motion to

6
dismiss may be up to 40 pages in length.

7

8

9

10
DATED: July 21, 2021

11

12
THE HONORABLE EDWARD M. CHEN
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28