DOUGLAS H. MEAL (*admitted pro hac vice*)
dmeal@orrick.com
SETH HARRINGTON (*admitted pro hac vice*)
sharrington@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

MICHELLE VISSER (STATE BAR NO. 277509)
mvisser@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   +1 415 773 5518
Facsimile:    +1 415 773 5759

Attorneys for Defendants
Shopify (USA) Inc. and Shopify Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Naeem Seirafi, Edward Baton, Anthony Comilla, Brett Deeney, and Abraham Vilinger, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Ledger SAS, Ledger Technologies Inc., Shopify (USA) Inc., and Shopify Inc.,<br><br>Defendants. | Case No. 3:21-CV-02470<br><br>**DECLARATION OF SARAH HARRIS-JOHN IN SUPPORT OF DEFENDANT SHOPIFY (USA) INC.'S MOTION TO DISMISS**<br><br>Judge:   Hon. Edward M. Chen<br><br>Complaint filed: April 6, 2021<br>Trial date: none |

I, Sarah Harris-John declare as follows:

1. I am employed by Shopify (USA) Inc. as Intellectual Property and Privacy Litigation Paralegal. Unless otherwise stated, the following facts are within my personal knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. In 2016, Shopify Inc. acquired a company that was previously named Kit CRM Inc., which was based in San Francisco, California, at the time of the acquisition. Following the acquisition, Kit CRM Inc. was renamed to Shopify (USA) Inc., which is the entity's current name. Shopify (USA) Inc. is a wholly owned subsidiary of Shopify Holdings (USA) Inc., which, in turn, is a wholly owned subsidiary of Shopify Inc. *See* Form 40-F, Shopify Inc. (fiscal year ended Dec. 31, 2020), https://www.annualreports.com/HostedData/AnnualReports/PDF/NYSE_SHOP_2020.pdf. Shopify (USA) Inc. maintains financial statements, funds, and assets separate from those of Shopify Inc.

3. Shopify (USA) Inc. is incorporated in Delaware. Shopify (USA) Inc. formerly maintained an office at 33 New Montgomery Street, Suite 750, San Francisco, CA. As a result of the COVID-19 pandemic, on or about March 2020, all employees, including those in California, were instructed to work from home. In May 2020, Shopify (USA) Inc. closed all offices until 2021. Thereafter, most employees would permanently work remotely. On September 17, 2020, Shopify (USA) Inc. permanently closed its San Francisco office.

4. Shopify (USA) Inc. decided to permanently close its San Francisco office, as discussed above, because of the COVID-19 pandemic. The closure was not motivated in any part by any data security incident or anticipated litigation. Moreover, the data security incident that is at issue in this lawsuit had no relation to Shopify (USA) Inc. or any of its activities. Shopify (USA) Inc. is not responsible for handling customer data.

5. From the time the company was acquired in 2016, until December 22, 2020, Shopify (USA) Inc.'s officers have been located in Ontario. On December 22, 2020, Seth Bressack took over as Shopify (USA) Inc.'s Chief Executive Officer, Secretary, and Chief Financial Officer. *See* June 4, 2021 SOI (Ex. A). Mr. Bressack is located in New York State. *See* June 4, 2021 SOI (Ex. A). Mr. Bressack continued to hold those positions and work from

- 1 -

DECLARATION OF SARAH HARRIS-JOHN
3:21-CV-02470

1  New York as of the time of the filing of Plaintiffs' Class Action Complaint (ECF No. 1) and the
2  time of the service of Plaintiffs' First Amended Class Action Complaint ("FAC") (ECF No. 33).
3  Mr. Bressack continues to hold those positions and work from New York.

4       6.     Shopify (USA) Inc. provides services and support to various aspects of Shopify
5  Inc.'s business, such as messaging and mobile applications that merchants can use to improve
6  their marketing and customer service as well as providing support for shipping-related services.
7  Shopify (USA) Inc. does not enter into relationships or contracts with merchants or their
8  customers—and has never had a business relationship with Ledger SAS or Ledger Technologies,
9  Inc. Additionally, Shopify (USA) Inc. is not responsible for handling customer data.

10       7.     Shopify (USA) Inc. employs over 900 individuals. Approximately three quarters
11  of those are located outside of California.

12       8.     The vast majority of Shopify (USA) Inc.'s business activities are conducted
13  outside of, and have no relationship to, California.

14       9.     On September 22, 2020, Shopify Inc. announced that "two rogue members of our
15  support team were engaged in a scheme to obtain customer transactional records of certain
16  merchants." FAC ¶ 79.

17       10.     The "rogue members of [Shopify Inc.'s] support team" referenced in paragraphs
18  79 and 80 of the FAC were not Shopify (USA) Inc. employees. Rather they were independent
19  contractors of TaskUs, Inc., a third-party service provider that contracted with Shopify
20  International Limited to provide customer support services to merchants who use Shopify Inc.'s
21  e-commerce services. A true and correct copy of the agreement is attached hereto as Exhibit B.
22  TaskUs is the "Shopify vendor" referenced in paragraph 81, of the FAC. Shopify International
23  Limited is a private company organized under the laws of Ireland with its headquarters in Dublin,
24  Ireland. Shopify (USA) Inc. does not have any contractual relationship with TaskUs and TaskUs
25  does not provide any services to or on behalf of Shopify (USA) Inc.

26       11.     Moreover, contrary to the allegations in paragraph 80 of the FAC, these
27  independent contractors were not located in the United States but were located in the Philippines
28  during the relevant time period.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 26th of July, 2021 in Algonquin, Illinois.

_____
SARAH HARRIS-JOHN

# EXHIBIT A

**California Secretary of State**
Electronic Filing



## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | SHOPIFY (USA) INC. |
| Entity (File) Number: | C3687874 |
| File Date: | 06/04/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GT86662 |

**Detailed Filing Information**

1. Entity Name: SHOPIFY (USA) INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
   b. Mailing Address:
      151 O'Connor Street
      Ottawa, Ontario K2P2L8
      Canada
   c. Street Address of Principal Executive Office:
      151 O'Connor Street
      Ottawa, Ontario K2P2L8
      Canada

3. Officers:
   a. Chief Executive Officer:
      SETH BRESSACK
      151 O'Connor Street
      Ottawa, Ontario K2P2L8
      Canada
   b. Secretary:
      SETH BRESSACK
      151 O'Connor Street
      Ottawa, Ontario K2P2L8
      Canada

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GT86662

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c. Chief Financial Officer:

SETH BRESSACK
151 O'Connor Street
Ottawa, Ontario K2P2L8
Canada

4. Director:

Not Applicable

Number of Vacancies on the Board of Directors:

Not Applicable

5. Agent for Service of Process:

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA     AS CSC - LAWYERS INCORPORATING SERVICE (C1592199)

6. Type of Business:

Operating company for US operations

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   SETH BRESSACK

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GT86662

# EXHIBIT B

# LODGED CONDITIONALLY UNDER SEAL IN ITS ENTIRETY