DOUGLAS H. MEAL (admitted *pro hac vice*)
dmeal@orrick.com
SETH HARRINGTON (admitted *pro hac vice*)
sharrington@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street
Suite 2000
Boston, MA  02116-3740
Telephone:	+1 617 880 1800
Facsimile:	+1 617 880 1801

MICHELLE VISSER (CA BAR NO. 277509)
mvisser@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:	+1 415 773 5518
Facsimile:	+1 415 773 5759

Attorneys for Defendants
Shopify (USA) Inc. and Shopify Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAEEM SEIRAFI, EDWARD BATON, ANTHONY COMILLA, BRETT DEENEY, and ABRAHAM VILINGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEDGER SAS, SHOPIFY (USA) INC., and SHOPIFY INC.,<br><br>Defendants. | Case No. 21-cv-02470-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SHOPIFY (USA) INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date:	October 21, 2021<br>Time:	1:30 p.m.<br>Location:	Courtroom 5, 17th Floor<br>	450 Golden Gate Ave.<br>	San Francisco, California<br><br>Judge:	The Honorable Edward Chen |

Presently before the Court is Defendant Shopify (USA) Inc.'s ("Shopify USA")'s Motion to Dismiss Plaintiffs' First Amended Class Action Complaint.  Having considered the parties' written submissions and arguments, the Court GRANTS the Motion.

[The Court finds that Plaintiffs' First Amended Class Action Complaint against Defendant Shopify USA must be dismissed for lack of jurisdiction.]

OR

[The Court finds that Plaintiffs' First Amended Class Action Complaint against Defendant Shopify USA must be dismissed for failure properly plead under Rule 8 of the Federal Rules of Civil Procedure.]

OR

[The Court finds that Plaintiffs' First Amended Class Action Complaint against Defendant Shopify USA must be dismissed for failure to state a cognizable claim for relief.]

Accordingly, IT IS HEREBY ORDERED THAT Defendant Shopify USA's Motion is GRANTED.  Plaintiffs' First Amended Class Action Complaint against Defendant Shopify USA is hereby dismissed WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

DATED: _____

HON. EDWARD CHEN
United States District Judge