United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BATON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LEDGER SAS, et al.,<br><br>    Defendants. | Case No. 21-cv-02470-EMC<br><br>**JUDGMENT** |

On November 8, 2021, the Court issued its Order Granting Defendants' Motions to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: November 8, 2021

_____
EDWARD M. CHEN
United States District Judge