UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BATON, et al., | Case No. 21-cv-02470-EMC |
| Plaintiffs, | |
| v. | **AMENDED JUDGMENT** |
| LEDGER SAS, et al., | |
| Defendants. | |

On November 9, 2021, the Court issued its Amended Order Granting Defendants' Motions to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: November 9, 2021

_____
EDWARD M. CHEN
United States District Judge