# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 3:21-cv-02470-EMC

Date case was first filed in U.S. District Court: April 6, 2021

Date of judgment or order you are appealing: November 9, 2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiffs Naeem Seirafi, Edward Baton, Anthony Comilla, Brett Deeney, and Abraham Vilinger

Is this a cross-appeal?   ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

Clarkson Law Firm, P.C.

22525 Pacific Coast Highway

City: Malibu   State: CA   Zip Code: 90265

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Bahar Sodaify   **Date** December 8, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Plaintiffs Naeem Seirafi, Edward Baton, Anthony Comilla, Brett Deeney, and Abraham Vilinger

Name(s) of counsel (if any):

> Ryan J. Clarkson, Bahar Sodaify, and Yana Hart of Clarkson Law Firm, P.C.

Address: 22525 Pacific Coast Highway, Malibu, CA 90265

Telephone number(s): (213) 788-4050

Email(s): rclarkson@clarksonlawfirm.com; bsodaify@clarksonlawfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Ledger SAS

Name(s) of counsel (if any):

> Purvig G. Patel, Nicole V. Ozeran, Kelsey Harrison, Jovanna R. Bubar of Morrison & Forrester LLP

Address: 707 Wilshire Blvd., Suite 6000, Los Angeles, CA 90017-3543

Telephone number(s): (213) 892-5200

Email(s): ppatel@mofo.com; nozeran@mofo.com; kharrison@mofo.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Plaintiffs Naeem Seirafi, Edward Baton, Anthony Comilla, Brett Deeney, and Abraham Vilinger

Name(s) of counsel (if any):

Todd M. Schneider, Jason J. Kim, and Matthew S. Weiler of Schneider Wallace Cottrell Konecky LLP

Address: 2000 Powell Street, Suite 1400, Emeryville, CA 94608

Telephone number(s): (415) 421-7100

Email(s): tschneider@schneiderwallace.com; jkim@schneiderwallace.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Shopify (USA) Inc., and Shopify Inc.

Name(s) of counsel (if any):

Douglas H. Meal and Seth Harrington of Orrick, Herrington & Sutcliffe LLP

Address: 222 Berkeley Street, Suite 2000, Boston, MA 02116-3740

Telephone number(s): (617) 880-1800

Email(s): dmeal@orrick.com; sharrington@orrick.com

Name(s) of party/parties:

Shopify (USA) Inc., and Shopify Inc.

Name(s) of counsel (if any):

Michelle Visser of Orrick, Herrington & Sutcliffe LLP

Address: 405 Howard Street, San Francisco, CA 94105-2669

Telephone number(s): (415) 773-5518

Email(s): mvisser@orrick.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Plaintiffs Naeem Seirafi, Edward Baton, Anthony Comilla, Brett Deeney, and Abraham Vilinger

Name(s) of counsel (if any):

Kyle W. Roche and Richard Cipolla of Roche Freedman LLP

Address: 99 Park Avenue, 19th Floor New York, NY 10016

Telephone number(s): (646) 970-7509

Email(s): kyle@rcfllp.com; rcipolla@rcfllp.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Ledger SAS

Name(s) of counsel (if any):

Mark David McPherson of Morrison & Foerster LLP

Address: 425 Market Street, San Francisco, CA 94101

Telephone number(s): (415) 268-7000

Email(s): mmcperson@mofo.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                2                                New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Plaintiffs Naeem Seirafi, Edward Baton, Anthony Comilla, Brett Deeney, and Abraham Vilinger

Name(s) of counsel (if any):

Velvel Freedman and Constantine P. Economides of Roche Freedman LLP

Address: 200 South Biscayne Blvd., Miami, FL 33131

Telephone number(s): (305) 971-5943

Email(s): vel@rcflp.com; ceconomides@rcfllp.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                        *2*                                        *New 12/01/2018*