**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 6 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD BATON; et al., | No. 21-17036 |
| Plaintiffs-Appellants, | D.C. No. 3:21-cv-02470-EMC<br>Northern District of California,<br>San Francisco |
| v. | |
| LEDGER SAS; et al., | ORDER |
| Defendants-Appellees. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellants filed a notice of intent to file publicly Volume 5 of the excerpts of record (Docket Entry No. 12). *See* 9th Cir. R. 27-13(f). Appellees Shopify (USA) Inc. and Shopify, Inc.'s unopposed motion (Docket Entry No. 14) to file under seal Volume 5 of the excerpts of record is granted. The Clerk will unseal the notice (Docket Entry No. 12-1) and file publicly the motion to seal (Docket Entry No. 14). The Clerk will also file publicly the opening brief and Volumes 1 through 4 of the excerpts of record (Docket Entry Nos. 10, 11). The Clerk will file under seal Volume 5 of the excerpts of record (Docket Entry No. 12-2).

Appellees' joint unopposed motion (Docket Entry No. 16) for an extension of time to file the answering briefs is granted. The answering briefs are due July 18, 2022. The optional reply brief is due within 21 days after service of the last served answering brief.

MKS/MOATT