**FILED**

**DEC 15 2022**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD BATON; et al.,<br><br>　　　　Plaintiffs-Appellants,<br><br>v.<br><br>LEDGER SAS; et al.,<br><br>　　　　Defendants-Appellees. | No. 21-17036<br><br>D.C. No. 3:21-cv-02470-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: GRABER, TALLMAN, and FRIEDLAND, Circuit Judges.

"Ledger SAS's Petition for Panel Rehearing," Docket No. 54, is DENIED.