| | |
|---|---|
| Todd M. Schneider (SBN 158253) | Richard Cipolla (*pro hac vice*) |
| Jason H. Kim (SBN 220279) | Freedman Normand Friedland LLP |
| Matthew S. Weiler (SBN 236052) | 99 Park Avenue, 19th Floor |
| SCHNEIDER WALLACE | New York, NY 10016 |
| COTTRELL KONECKY LLP | Telephone: (646) 970-7509 |
| 2000 Powell Street, Suite 1400 | Email: tnormand@fnf.law |
| Emeryville, California 94608 | Email: rcipolla@fnf.law |
| Telephone: (415) 421-7100 | |
| Email: tschneider@schneiderwallace.com | Velvel Freedman (*pro hac vice*) |
| Email: jkim@schneiderwallace.com | Freedman Normand Friedland LLP |
| Email: mweiler@schneiderwallace.com | 1 SE 3rd Ave, Suite 1240 |
| | Miami, FL 33131 |
| **CLARKSON LAW FIRM, P.C.** | Telephone: (305) 971-5943 |
| Ryan J. Clarkson (SBN 257074) | Email: vel@fnf.law |
| Bahar Sodaify (SBN 289730) | |
| Yana Hart (SBN 306499) | |
| 22525 Pacific Coast Highway | |
| Malibu, CA 90265 | |
| Telephone: (213) 788-4050 | |
| Email: rclarkson@clarksonlawfirm.com | |
| Email: bsodaify@clarksonlawfirm.com | |
| Email: yhart@clarksonlawfirm.com | |

*Counsel for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAEEM SEIRAFI, EDWARD BATON, ANTHONY COMILLA, BRETT DEENEY, and ABRAHAM VILINGER, Individually and on Behalf of All Others Similarly Situated, | Case No. 21-cv-02470-EMC |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| LEDGER SAS, SHOPIFY (USA) INC., SHOPIFY INC., and TASKUS, INC. | |
| Defendants. | |

1   I certify that I served the Declaration of Jason H. Kim in Support of Motion for
2   Administrative Relief to Second Amended Complaint Under Seal via the CM/ECF system on all
3   counsel of record for the matter.
4   Executed this 22nd day November 2023, in Los Angeles, California.

>   /s/ Jason H. Kim
>   Jason H. Kim
>   *Attorneys for Plaintiffs*