IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| NAEEM SEIRAFI, EDWARD BATON, ANTHONY COMILLA, BRETT DEENEY, AND ABRAHAM VILINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEDGER SAS, SHOPIFY (USA) INC., SHOPIFY INC., and TASKUS, INC.,<br><br>Defendant. | Case No. 3:21-cv-02470-EMC<br><br>Assigned to the Hon. Edward M. Chen<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

Case No. 3:21-cv-02470-EMC

(PROPOSED) ORDER GRANTING STIPULATION

1  Having considered the parties' Stipulation to Continue Hearing on Defendants' Motions to
2  Dismiss, and for good cause shown,
3  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the hearing on
4  Defendants' motions to dismiss (Dkts. 114, 117, 122) shall be continued from May 2, 2024, at
5  1:30 p.m. before Judge Edward M. Chen via videoconference, to May 9, 2024, at 1:30 p.m. before
6  Judge Edward M. Chen via videoconference.

**IT IS SO ORDERED.**

DATED: March 26, 2024

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP