Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Email: tschneider@schneiderwallace.com
Email: jkim@schneiderwallace.com
Email: mweiler@schneiderwallace.com

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
Bahar Sodaify (SBN 289730)
Yana Hart (SBN 306499)
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Email: rclarkson@clarksonlawfirm.com
Email: bsodaify@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com

Richard Cipolla (*pro hac vice*)
Freedman Normand Friedland LLP
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 970-7509
Email: tnormand@fnf.law
Email: rcipolla@fnf.law

Velvel Freedman (*pro hac vice*)
Freedman Normand Friedland LLP
1 SE 3rd Ave, Suite 1240
Miami, FL 33131
Telephone: (305) 971-5943
Email: vel@fnf.law

*Counsel for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAEEM SEIRAFI, EDWARD BATON, ANTHONY COMILLA, BRETT DEENEY, and ABRAHAM VILINGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEDGER SAS, SHOPIFY (USA) INC., SHOPIFY INC., and TASKUS, INC.<br><br>Defendants. | Case No. 21-cv-02470-EMC<br><br>**STIPULATION RE: THIRD AMENDED COMPLAINT AND RESPONSES THERETO** |

Pursuant to Rule 4 of Your Honor's Civil General Standing Order, the parties through undersigned counsel hereby stipulate and respectfully request as follows:

WHEREAS, on July 16, 2024, this Court entered its Order on Defendants' Motions to Dismiss the Second Amended Complaint (ECF No. 148);

WHEREAS, in that Order, the Court granted Plaintiffs leave to file an amended complaint 30 days from the date of the Order (i.e. August 15, 2024);

WHEREAS, Plaintiffs seek an extension of time of seven days, until August 22, 2024, to file a Third Amended Complaint to conform to the Order and Defendants do not object to such extension; and

WHEREAS, Defendants request that their Answers and/or motions pursuant to Rule 12 be due on September 19, 2024 and Plaintiffs agree to this deadline;

NOW THEREFORE, the Parties hereby stipulate and agree as follows: Plaintiffs shall file a Third Amended Complaint on or before August 22, 2024 and Defendants shall file their Answers and/or responsive pleadings or motions pursuant to Rule 12 on or before September 19, 2024.

IT IS SO STIPULATED AND AGREED

Dated: August 15, 2024            Respectfully submitted,

*/s/ Jason H. Kim*
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Email: tschneider@schneiderwallace.com
Email: jkim@schneiderwallace.com
Email: mweiler@schneiderwallace.com

Ryan J. Clarkson (SBN 257074)
Bahar Sodaify (SBN 289730)
Yana Hart (SBN 306499)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265

2
STIPULATION RE: THIRD AMENDED COMPLAINT AND RESPONSES THERETO

Telephone: (213) 788-4050
Email: rclarkson@clarksonlawfirm.com
Email: bsodaify@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com

Richard Cipolla (*pro hac vice*)
Freedman Normand Friedland LLP
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 970-7509
Email: rcipolla@fnf.law

Velvel Freedman (*pro hac vice*)
Freedman Normand Friedland LLP
1 SE 3rd Ave, Suite 1240
Miami, FL 33131
Telephone: (305) 971-5943
Email: vel@fnf.law

*Counsel for Plaintiffs*

*/s/ Purvi G. Patel*
Purvi G. Patel
PPatel@mofo.com
Matthew J. Wyatt
MWyatt@mofo.com
Christopher Adler
CAdler@mofo.com
Emma Burgoon
EBurgoon@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: (213) 892-5200

*Counsel for Defendant Ledger SAS*

*/s/ Spencer Persson*
Spencer Persson (State Bar No. 235054)
Rachel Douglas (State Bar No. 322612)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Email: spencerpersson@dwt.com
Email: racheldouglas@dwt.com

*Counsel for Defendant TASKUS, INC.*

**ATTESTATION**

I, Jason H. Kim, am the ECF User whose identification and password are being used to file the STIPULATION RE: THIRD AMENDED COMPLAINT AND RESPONSES THERETO. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each other Signatories have concurred in the filing of this document.

Dated: August 15, 2024          */s/ Jason H. Kim*
                                Jason H. Kim