1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

| NAEEM SEIRAFI, EDWARD BATON, ANTHONY COMILLA, BRETT DEENEY, and ABRAHAM VILINGER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>LEDGER SAS, and TASKUS, INC.<br><br>                Defendants. | Case No.   3:21-cv-02470-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR SCHEDULING ORDER FOR MOTIONS TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Complaint filed: April 6, 2021<br>TAC filed: August 22, 2024<br>Trial date: None |

19

20

21

22

23

24

25

26

27

28

Having considered the parties' Stipulated Request for Scheduling Order for Motions to Dismiss Plaintiffs' Third Amended Complaint, and for good cause shown,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the following schedule shall govern:

1.     Plaintiffs shall file their oppositions to Defendants Ledger SAS's and TaskUs, Inc.'s motions to dismiss on or before October 17, 2024;

2.     Defendants Ledger SAS and TaskUs, Inc. shall file their replies on or before November 7, 2024; and

3.     The hearing on Defendants' motions to dismiss will be scheduled for December 19, 2024 at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __September 24__, 2024

_____
Honorable Edward M. Chen
United States District Judge