Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Email: tschneider@schneiderwallace.com
Email: jkim@schneiderwallace.com
Email: mweiler@schneiderwallace.com

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
Bahar Sodaify (SBN 289730)
Yana Hart (SBN 306499)
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Email: rclarkson@clarksonlawfirm.com
Email: bsodaify@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com

Richard Cipolla (*pro hac vice*)
**FREEDMAN NORMAND**
**FRIEDLAND LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 970-7509
Email: tnormand@fnf.law
Email: rcipolla@fnf.law

Velvel Freedman (*pro hac vice*)
**FREEDMAN NORMAND**
**FRIEDLAND LLP**
1 SE 3rd Ave, Suite 1240
Miami, FL 33131
Telephone: (305) 971-5943
Email: vel@fnf.law

*Counsel for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM SEIRAFI, EDWARD BATON, ANTHONY COMILLA, BRETT DEENEY, and ABRAHAM VILINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEDGER SAS, and TASKUS, INC.<br><br>Defendants. | Case No. 21-cv-02470-EMC<br><br>**DECLARATION OF YANA HART IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL THEIR OPPOSITION TO DEFENDANT TASKUS, INC.'S MOTION TO DISMISS FOR FORUM *NON CONVENIENS* AND CONFIDENTIAL EXHIBITS IN SUPPORT**<br><br>**Hearing Information**<br>Date: December 19, 2024<br>Time: 1:30 p.m.<br>Courtroom: 5<br>Hon. Edward M. Chen<br><br>Complaint Filed: April 6, 2021<br>FAC Filed: June 9, 2021<br>SAC Filed: December 7, 2023<br>TAC Filed: August 22, 2024 |

DECLARATION OF YANA HART IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL THEIR OPPOSITION TO DEFENDANT TASKUS, INC.'S MOTION TO DISMISS FOR FORUM *NON CONVENIENS* AND CONFIDENTIAL EXHIBITS IN SUPPORT

I, Yana Hart, hereby declare as follows:

1. I am a partner at Clarkson Law Firm, P.C. ("**Clarkson**") and counsel of record for Plaintiffs Naeem Seirafi, Edward Baton, Anthony Comilla, Brett Deeney, and Abraham Vilinger ("**Plaintiffs**"). I am licensed to practice in all state and federal courts in the State of California, and I am a member in good standing of the State Bars of California, Florida, and the District of Columbia. I make this declaration based on personal knowledge, and in support of Plaintiffs' Opposition to Defendant TaskUs, Inc.'s ("**Defendant**") Motion to Dismiss Plaintiffs' Third Amended Complaint for Forum *Non Conveniens* (the "**Opposition**"). I submit this declaration pursuant to Civil Local Rules 7-11 and 79-5 and if called as a witness, I could and would testify competently.

2. Plaintiffs seek to file under seal exhibits A and C to Exhibit 2 to the Declaration of Yana Hart in support of Plaintiffs' Opposition ("**Hart Decl.**"). Exhibit 2 to the Hart Decl. is the declaration of Erin McIntomny in support of Defendant Shopify Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 56-1) ("**McIntomny Decl.**"), which was previously submitted to the Court under seal because it includes confidential exhibits A and C. Exhibit A to the McIntomny Decl. is the agreement between Shopify Inc. and Ledger for e-commerce services (the "Shopify Plus Agreement"). Exhibit C to the McIntomny Decl. is the agreement between Shopify and TaskUs, Inc. for customer support services (the "Master Service Agreement").

3. These agreements contain confidential, non-public information that Shopify International Limited and/or TaskUs consider highly confidential, and which is not generally known to others. According to (former) Defendants Shopify Inc. and Shopify (USA) Inc. (collectively, "Shopify"), the disclosure of this information could harm their competitive standing, and the Master Service Agreement obligates Shopify to maintain confidentiality. *See* Master Service Agreement, Section 7.3. ECF No. 54-1.

4. Similarly, Shopify maintains that the Shopify Plus Agreement is a confidential, non-public agreement that contains sensitive information that Shopify Inc. and/or Ledger consider highly

1
DECLARATION OF YANA HART IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL THEIR OPPOSITION TO DEFENDANT TASKUS, INC.'S MOTION TO DISMISS FOR FORUM *NON CONVENIENS* AND CONFIDENTIAL EXHIBITS IN SUPPORT

1   confidential, not generally known to the public, and the disclosure of which might harm their
2   competitive standing. ECF No. 54-1.

3       5.      Pursuant to the Stipulated Protective Order (Doc. No. 102) between Plaintiffs and
4   Shopify (USA) Inc. and Shopify Inc. (collectively "Shopify"), Shopify has designated Exhibits A
5   and C to the declaration of Erin McIntomny as "Confidential." Select excerpts of Plaintiffs'
6   Opposition and arguments cite to these exhibits, revealing certain confidential information
7   contained therein and necessitating narrowly tailored redactions. Therefore, Plaintiffs seek to file
8   portions of a few paragraphs of Plaintiffs' Motion under seal, specifically appearing on pages 7 and
9   14, as well as exhibits A and C of Exhibit 2 to the Hart Declaration. A redacted version of Plaintiffs'
10  Opposition will be filed on the public docket.

11      I declare under penalty of perjury under the laws of the United States and the State of
12  California that the foregoing is true and correct. Executed on October 17, 2024, at San Diego,
13  California.

**CLARKSON LAW FIRM, P.C.**

 */s/ Yana Hart*  
Yana Hart, Esq.