# EXHIBIT 1

Glendale Police Department Report

# Glendale Police Dept.



131 N. Isabel St
Glendale, CA
91206
(818) 548-4840

21-2025  Supplement No ORIG

Reported Date 02/13/2021
Rpt/Incident Typ SUSPICIOUS CIRCUMSTANC
Member#/Dept ID# KNUDSEN,DANIEL

Unauthorized Release of Information Prohibited - 13303

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| Glendale Police Dept. | 21-2025 | ORIG | 02/13/2021 | 20:53 | 210213299 |

| Status | Rpt/Incident Typ |
|---|---|
| Report to Follow - In Process | SUSPICIOUS CIRCUMSTANCES |

| Location | City | ZIP Code | Rep Dist |
|---|---|---|---|
| ███ | ███ | ███ | 170 |

| From Date | From Time | To Date | To Time | Member#/Dept ID# |
|---|---|---|---|---|
| 02/13/2021 | 20:53 | 02/13/2021 | 20:53 | 27926/KNUDSEN,DANIEL |

| Assignment | Entered by | Assignment | RMS Transfer | Prop Trans Stat | Approving Officer |
|---|---|---|---|---|---|
| PATROL | 27926 | PATROL | Successful | Successful | 22449 |

| Approval Date | Approval Time | RC Status |
|---|---|---|
| 02/15/2021 | 19:49:35 | Freeze Report |

| # Offenses | Offense | Description | Complaint Type |
|---|---|---|---|
| 1 | 148.3(A)PC | FALSE REPORT EMERGEN | |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| SUB | 1 | I | SEIRAFI,NAEEM | 1208493 | | M | ███ |
| SUB | 2 | I | LAHMI,MINA | 1101419 | | F | ███ |
| SUB | 3 | I | SEIRAFI,HOSSEIN | 979917 | W | M | ███ |
| SUS | 1 | I | ;UNKNOWN | | | | |

## Summary Narrative

Report of a swatting call

| Report Officer | Printed At | |
|---|---|---|
| 27926/KNUDSEN,DANIEL | 02/15/2021 19:50 | Page 1 of 3 |

# Glendale Police Dept.

## Subject 1: SEIRAFI,NAEEM

| Involvement | Invl No | Type | Name | MNI | Sex |
|---|---|---|---|---|---|
| Subject | 1 | Individual | SEIRAFI,NAEEM | 1208493 | MALE |

| DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|
| ■ | ■ | No | ■ | ■ | ■ | ■ | ■ |

| Type | Address | City |
|---|---|---|
| HOME ADDRESS | ■ | ■ |

| State | ZIP Code | Date |
|---|---|---|
| CALIFORNIA | ■ | 02/13/2021 |

| Type | ID No | OLS |
|---|---|---|
| Operator License | ■ | CALIFORNIA |

| Phone Type | Phone No | Date |
|---|---|---|
| CELL | ■ | 02/13/2021 |

## Subject 2: LAHMI,MINA

| Involvement | Invl No | Type | Name | MNI | Sex |
|---|---|---|---|---|---|
| Subject | 2 | Individual | LAHMI,MINA | 1101419 | FEMALE |

| DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|
| ■ | ■ | No | ■ | ■ | ■ | ■ | ■ |

| Type | Address | City |
|---|---|---|
| HOME ADDRESS | ■ | ■ |

| State | ZIP Code | Date |
|---|---|---|
| CALIFORNIA | ■ | 02/13/2021 |

| Type | ID No | OLS |
|---|---|---|
| Operator License | ■ | CALIFORNIA |

## Subject 3: SEIRAFI,HOSSEIN

| Involvement | Invl No | Type | Name | MNI | Race | Sex |
|---|---|---|---|---|---|---|
| Subject | 3 | Individual | SEIRAFI,HOSSEIN | 979917 | WHITE | MALE |

| DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|
| ■ | ■ | No | ■ | ■ | ■ | ■ | ■ |

| Type | Address | City |
|---|---|---|
| HOME ADDRESS | ■ | ■ |

| State | ZIP Code | Date |
|---|---|---|
| CALIFORNIA | ■ | 02/13/2021 |

| Type | ID No | OLS |
|---|---|---|
| Operator License | ■ | CALIFORNIA |

## Suspect 1: ;UNKNOWN

| Involvement | Invl No | Type | Name | PRN |
|---|---|---|---|---|
| Suspect | 1 | Individual | ;UNKNOWN | ■ |

## Modus Operandi

| Crime Code(s) |
|---|
| SUSPICIOUS CIRCUMSTANCES |

## Narrative

On 02/13/2021 at 2055 hours, I (Ofc. Knudsen) was dispatched to the listed location regarding an unknown male stating he just shot his friend and that he still has the gun. The unknown male stated his friend is not breathing and that they are located in the rear bedroom. The unknown male then disconnected the phone line and no further details were provided.

Once on scene, assisting Ofc. Cowell, Ofc. West. Ofc. Munoz, Ofc. Jacoy. Ofc. Valencia, Ofc. Tarverdians, Ofc. Gharibian, Ofc. Macatangay, and Sgt. Mcdonald set a containment around the listed property. Dispatch was able to contact the resident at the listed location (SUB/SEIRAFI,NAEEM). Naeem advised dispatch that he was out of his town but his father should be at his sister's house in unit #2. I contacted the residents at Unit #2 who were able to call the residents at the unit in question. Naeem's parents (later identified as SUB2/LAHMI,MINA and SUB3/SEIRAFI,HOSSEIN) ultimately came out of the unit and the unit was cleared and no evidence of a crime existed.

It should be noted there was a similar incident earlier in the afternoon at 1442 hours at 1264 Thompson. Refer to DR #21-2008.

Based on the above circumstances, I determined the unknown suspect reported a false emergency to GPD dispatch in violation of 148.3(a)PC.

| Report Officer | Printed At | |
|---|---|---|
| 27926/KNUDSEN,DANIEL | 02/15/2021 19:50 | Page 2 of 3 |

# Glendale Police Dept.

**Narrative**

Audio recording of both 911 calls were uploaded to Evidence.com

The incident was captured on my Axon body worn camera.

D. Knudsen #27926