# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM SEIRAFI, EDWARD BATON, ANTHONY COMILLA, BRETT DEENEY, and ABRAHAM VILINGER, individually and on behalf of All others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEDGER SAS, and TASKUS, INC.<br><br>Defendants. | Case No. 21-cv-02470-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO DEFENDANT TASKUS, INC.'S MOTION TO DISMISS FOR FORUM *NON CONVENIENS* AND CONFIDENTIAL EXHIBITS IN SUPPORT** |

The Court, having considered Plaintiffs' Administrative Motion to File Under Seal Their Opposition to Defendant Taskus, Inc.'s Motion to Dismiss for Forum *Non Conveniens* and Confidential Exhibits in Support, all papers filed in connection therewith and all relevant papers on file herein, finds good cause shown and hereby GRANTS Plaintiffs' Motion to Seal the unredacted version(s) of the document(s) listed below:

| TABLE 1 | | |
|---|---|---|
| **Document/Exhibit** | **Portions to Seal** | **Basis for Seal** |
| Exhibit 2 to the Declaration of Yana Hart in Support of Plaintiffs' Opposition to Defendant Taskus, Inc.'s Motion to Dismiss for Forum *Non Conveniens* | Sub-Exhibits A and C | The document contains information that was designated as "CONFIDENTIAL" by Defendant. |
| Plaintiffs' Opposition to Defendant Taskus, Inc.'s Motion to Dismiss for Forum *Non Conveniens* | Highlighted portions appearing on pages 7 and 14 | The document contains information that was designated as "CONFIDENTIAL" by Defendant. |

**IT IS SO ORDERED.**

DATED: March 12, 2025

Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL