UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM SEIRAFI, EDWARD BATON, ANTHONY COMILLA, BRETT DEENEY, and ABRAHAM VILINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEDGER SAS, SHOPIFY (USA) INC., SHOPIFY INC., and TASKUS, INC.<br><br>Defendants. | Case No. 3:21-cv-02470-EMC<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER:<br><br>(1) EXTENDING LEDGER'S DEADLINE TO RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT; AND<br><br>(2) SETTING BRIEFING SCHEDULE AND CONTINUING HEARING FOR PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT<br><br>Complaint filed: April 6, 2021<br>4AC filed: March 7, 2025<br>Trial date: none |

Having considered the parties' Stipulated Request for Order (1) Extending Ledger's Deadline to Respond to Plaintiffs' Fourth Amended Complaint; and (2) Setting Briefing Schedule and Continuing Hearing for Plaintiffs' Motion for Entry of Judgment, and for good cause shown,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the following schedule shall govern:

1. Defendant Ledger SAS shall respond to the Fourth Amended Complaint on or before April 4, 2025;

2. Defendants shall file their responses to Plaintiffs' Motion for Entry of Judgment on or before April 4, 2025, and Plaintiffs shall file their replies on or before April 25, 2025; and

3. The hearing on Plaintiffs' Motion for Entry of Judgment is continued to May 29, 2025 at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 19, 2025

Honorable Edward M. Chen
United States District Judge

[PROPOSED] ORDER GRANTING STIP. REQUEST FOR ORDER EXTENDING LEDGER'S DEADLINE TO RESPOND TO 4AC AND SETTING BRIEFING SCHEDULE AND CONTINUING HEARING FOR MOT. FOR ENTRY OF JUDGMENT
Case No. 3:21-cv-02470-EMC

1