Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
**SCHNEIDER WALLACE COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Email: tschneider@schneiderwallace.com
Email: jkim@schneiderwallace.com
Email: mweiler@schneiderwallace.com

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
Bahar Sodaify (SBN 289730)
Yana Hart (SBN 306499)
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Email: rclarkson@clarksonlawfirm.com
Email: bsodaify@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com

Richard Cipolla (*pro hac vice*)
Freedman Normand Friedland LLP
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 970-7509
Email: tnormand@fnf.law
Email: rcipolla@fnf.law

Velvel Freedman (*pro hac vice*)
Freedman Normand Friedland LLP
1 SE 3rd Ave, Suite 1240
Miami, FL 33131
Telephone: (305) 971-5943
Email: vel@fnf.law

*Counsel for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM SEIRAFI, EDWARD BATON, ANTHONY COMILLA, BRETT DEENEY, and ABRAHAM VILINGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEDGER SAS, SHOPIFY (USA) INC., SHOPIFY INC., and TASKUS, INC.<br><br>Defendants. | Case No. 21-cv-02470-EMC<br><br>**STIPULATION RE: STAY AND CASE MANAGEMENT STATEMENT** |

Pursuant to Rule 4 of the Court's Civil General Standing Order, the parties, through undersigned counsel, hereby stipulate and respectfully request as follows:

WHEREAS, on July 7, 2025, the Court entered its Order Denying Partial Final Judgment; Certifying for Interlocutory Appeal and ordered among other things that "[i]t **STAYS** proceedings on this case pending a decision from the Ninth Circuit as to whether it will accept the case for interlocutory appeal" and that "[t]he Parties are ordered to file a status report within one week after the Ninth Circuit issues its decision on whether to accept the interlocutory appeal." (ECF No. 185 at 7.)

WHEREAS, on September 25, 2025, the Ninth Circuit declined to accept interlocutory appeal in this matter and the Parties accordingly filed a Status Report on October 1, 2025 that, among other things, "request[ed] that the Court lift the stay in this case and grant the parties thirty (30) days, up to and including October 31, 2025, to file a Case Management Statement." (ECF No. 188 at 2.)

WHEREAS, the stay was not formally lifted by the Court and the Court has not ruled on a deadline for the Case Management Statement, and the parties thereafter met and conferred regarding a formal request to the Court to dissolve the stay and set a deadline to file a Case Management Statement.

NOW THEREFORE, the Parties hereby stipulate and agree as follows: The stay imposed by ECF No. 185 is dissolved and the Parties shall file a Case Management Statement on or before November 21, 2025.

IT IS SO STIPULATED AND AGREED.


Dated: October 31, 2025         Respectfully submitted,

                                 */s/ Jason H. Kim*
                                 Todd M. Schneider (SBN 158253)
                                 Jason H. Kim (SBN 220279)
                                 Matthew S. Weiler (SBN 236052)
                                 **SCHNEIDER WALLACE**
                                 **COTTRELL KIM LLP**
                                 2000 Powell Street, Suite 1400
                                 Emeryville, California 94608

Telephone: (415) 421-7100
Email: tschneider@schneiderwallace.com
Email: jkim@schneiderwallace.com
Email: mweiler@schneiderwallace.com

Ryan J. Clarkson (SBN 257074)
Bahar Sodaify (SBN 289730)
Yana Hart (SBN 306499)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Email: rclarkson@clarksonlawfirm.com
Email: bsodaify@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com

Richard Cipolla (*pro hac vice*)
Freedman Normand Friedland LLP
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 970-7509
Email: rcipolla@fnf.law

Velvel Freedman (*pro hac vice*)
Freedman Normand Friedland LLP
1 SE 3rd Ave, Suite 1240
Miami, FL 33131
Telephone: (305) 971-5943
Email: vel@fnf.law

*Counsel for Plaintiffs*

*/s/ Purvi G. Patel*
Purvi G. Patel
PPatel@mofo.com
Matthew J. Wyatt
MWyatt@mofo.com
Christopher Adler
CAdler@mofo.com
Emma Burgoon
EBurgoon@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: (213) 892-5200

*Counsel for Defendant Ledger SAS*

3
STIPULATION RE: STAY AND CASE MANAGEMENT STATEMENT

**ATTESTATION**

I, Jason H. Kim, am the ECF User whose identification and password are being used to file the STIPULATION RE: STAY AND CASE MANAGEMENT STATEMENT. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each other Signatories have concurred in the filing of this document.

Dated: October 31, 2025                   */s/ Jason H. Kim*
                                          Jason H. Kim