1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM SEIRAFI, EDWARD BATON, ANTHONY COMILLA, BRETT DEENEY, and ABRAHAM VILINGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEDGER SAS, SHOPIFY (USA) INC., SHOPIFY INC., and TASKUS, INC.<br><br>Defendants. | Case No. 21-cv-02470-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE: STAY AND CASE MANAGEMENT STATEMENT** |

The Court, having reviewed and considered the Stipulation Re: Stay and Case Management Statement, hereby orders as follows:

WHEREAS, on July 7, 2025, the Court entered its Order Denying Partial Final Judgment; Certifying for Interlocutory Appeal and ordered among other things that "[i]t **STAYS** proceedings on this case pending a decision from the Ninth Circuit as to whether it will accept the case for interlocutory appeal" and that "[t]he Parties are ordered to file a status report within one week after the Ninth Circuit issues its decision on whether to accept the interlocutory appeal" (ECF No. 185 at 7); and

WHEREAS, on September 25, 2025, the Ninth Circuit declined to accept interlocutory appeal in this matter and the Parties accordingly filed a Status Report on October 1, 2025 that, among other things, "request[ed] that the Court lift the stay in this case and grant the parties thirty (30) days, up to and including October 31, 2025, to file a Case Management Statement." (ECF No. 188 at 2.)

NOW THEREFORE, it is **ORDERED** that the stay imposed by ECF No. 185 is dissolved and the Parties shall file a Case Management Statement on or before November 21, 2025.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Edward M. Chen
United States District Judge